JS-6

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   B.J.M.V., INC. et al.,                    CV 20-1675 PA (SHKx)

12              Plaintiff,                      JUDGMENT

13         v.

14   VAIL ENERGY DEVELOPMENT, INC.
     et al.,
15
                Defendants.
16

17

18         Pursuant to the Court's September 18, 2020 Minute Order dismissing this action for

19   lack of prosecution and for failure to comply with a Court order,

20         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is

21   dismissed without prejudice.

22         IT IS SO ORDERED.

23

24   DATED: September 18, 2020

25                                             Percy Anderson
                                           UNITED STATES DISTRICT JUDGE
26

27

28